UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MACHIRIKI RATLING                                    CIVIL ACTION NO. 20-cv-0615

VERSUS                                               CHIEF JUDGE HICKS

VICTOR GOMEZ VASQUEZ ET AL                           MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Machiriki Ratling ("Plaintiff") filed this civil action in state court for damages that arose out of a motor vehicle accident. Defendants Travelers Indemnity Company of Connecticut, Transportation Services, Inc., and Victor Gomez Vasquez removed the case on the basis of diversity jurisdiction, which puts the burden on the removing defendants to set forth specific allegations that show (1) complete diversity of citizenship of the parties and (2) an amount in controversy over $75,000. The allegations of citizenship appear to be adequate.

With respect to the amount in controversy, the notice of removal merely alleges that "the amount in controversy is in excess of $75,000." Plaintiff's petition alleged only undescribed personal injuries. In accordance with Louisiana law, the petition did not set forth a demand for a specific amount of damages, although it did state that the damages exceed $50,000 (the trigger for a jury trial in state court). Before the court assesses whether the removing defendants have met their burden, they will be allowed an opportunity to amend the notice of removal to include specific facts that show that the amount in controversy requirement is met in this case. Relevant facts include the extent

and type of medical care, medical expenses, a description of injuries at issue, the amount of any settlement demands, etc. The deadline for filing the amended notice of removal is **June 11, 2020**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 26th day of May, 2020.

Mark L. Hornsby
U.S. Magistrate Judge